**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

MICHAEL STEVEN BAKSI,          )
                                        )

       Plaintiff,               )     CASE NO. 1:07-00036
                                         )     JUDGE HAYNES

v.                               )
                                        )

CHERRY LINDAMOOD, et al.,     )
                                        )

       Defendants.          )

## O R D E R

A case management conference is set in this action for Friday, May 28, 2010 at 10:00

a.m. Counsel for the parties are **ORDERED** to submit a new case management order with

appropriate dates that will allow for setting this action for trial no later than September 30, 2010.

It is so **ORDERED**.

**ENTERED** this the _____19th_____ day of April, 2010.

                                   WILLIAM J. HAYNES, JR.
                                   United States District Judge